THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PATRICIA WOODELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDIA, INC., EAN.COM, LP, TRAVELSCAPE, LLC and HOTELS.COM L.P.,<br><br>Defendants. | No. 19-cv-00051-JLR<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND NOTING DATE FOR DEFENDANTS' MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR: **MARCH 20, 2019** |

The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATE AND AGREE as follows:

1.   On March 18, 2019, Defendants Expedia, Inc., EAN.com, LP, Travelscape, LLC, and Hotels.com L.P. ("Defendants"), filed a Motion to Dismiss (Dkt. No. 15), asking the Court to dismiss all of Plaintiff's claims.

2.   Defendants noted the Motion to Dismiss for April 12, 2019, as a fourth Friday motion. Currently, Plaintiff's opposition is due on April 8, 2019, and Defendants' reply is due on April 12, 2019. *See* LCR 7(d)(3).

STIPULATION AND [PROPOSED] ORDER - 1
010787-11/1109092 V1

3. The parties have conferred and agreed that additional time is warranted to prepare opposition and reply briefing regarding the Motion to Dismiss. The parties stipulate and agree to the following briefing schedule: Plaintiff's opposition shall be filed on or before April 19, 2019; Defendants' reply shall be filed on or before May 10, 2019; and the noting date shall be continued to May 10, 2019.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 20th day of March, 2019.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By  s/ Steve W. Berman
Steve Berman, WSBA# 12536
Andrew Volk, WSBA # 27639
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Phone: (206) 623-7292
Fax: (206) 623-0594
Email: steve@hbsslaw.com
andrew@hbsslaw.com

**MCGOWAN, HOOD & FELDER, LLC**

James L. Ward, Jr.
Ranee Saunders
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
Telephone: (843) 388-7202
Facsimile: (843) 388-3194
Email: jward@mcgowanhood.com
rsaunders@mcgowanhood.com

**WALKER GRESSETTE FREEMAN & LINTON, LLC**

Ian W. Freeman
John P. Linton, Jr.
66 Hasell Street
Charleston, SC 29401
Telephone: (843) 727-2200

**CALFO EAKES & OSTROVSKY PLLC**

By s/ Angelo J. Calfo
Angelo J. Calfo, WSBA# 27079
Emily Dodds Powell, WSBA# 49351
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: angeloc@calfoeakes.com
emilyp@calfoeakes.com

*Attorneys for Defendants Expedia, Inc., EAN.com, LP, Travelscape, LLC and Hotels.com L.P*

Facsimile: (843) 727-2238
Email: freeman@wgfllaw.com
       linton@wgfllaw.com

*Attorneys for Plaintiff*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk is DIRECTED to renote Defendants' motion (Dkt. No. 15) for May 10, 2019.

DATED: 21 March 2019

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE