THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA WOODELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXPEDIA, INC., EAN.COM, LP, TRAVELSCAPE, LLC and HOTELS.COM L.P.,<br><br>Defendants. | Case No. 19-cv-00051-JLR<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL DISCLOSURE DEADLINE<br><br>NOTE ON MOTION CALENDAR: MARCH 25, 2019 |

The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATE AND AGREE as follows:

1. Pursuant to the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 12), initial disclosures are due March 26, 2019.

2. The parties have requested a conference with the Court regarding Defendants' request to stay discovery and deadlines pending the Court's ruling on its motion to dismiss, which has been set for March 26, 2019. The parties have conferred and agree that more time is warranted to prepare initial disclosures in light of Defendants' request for a stay.

STIPULATION AND [PROPOSED] ORDER EXTENDING
INITIAL DISCLOSURE DEADLINE
(Case No. 19-CV-00051-JLR) - 1

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

3. The parties therefore stipulate and agree to request that the Court continue the deadline to exchange initial disclosures for two weeks, to April 9, 2019.

*SO STIPULATED.*

Dated this 25th day of March, 2019.

**CALFO EAKES & OSTROVSKY PLLC**

By     s/ *Angelo J. Calfo*
　　Angelo J. Calfo, WSBA# 27079
　　Emily Dodds Powell, WSBA# 49351
　　1301 Second Avenue, Suite 2800
　　Seattle, WA 98101
　　(206) 407-2200 | Phone
　　(206) 407-2224 | Fax
　　Email: angeloc@calfoeakes.com
　　　　　emilyp@calfoeakes.com

*Attorneys for Defendants Expedia, Inc., EAN.com, LP, Travelscape, LLC and Hotels.com L.P.*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By     s/ *Steve W. Berman*
　　Steve Berman, WSBA# 12536
　　Andrew Volk, WSBA # 27639
　　1301 Second Avenue, Suite 2000
　　Seattle, WA 98101
　　(206) 623-7292 | Phone
　　(206) 623-0594 | Fax
　　Email: steve@hbsslaw.com
　　　　　andrew@hbsslaw.com

**MCGOWAN, HOOD & FELDER, LLC**

　　James L. Ward, Jr.
　　Ranee Saunders
　　321 Wingo Way, Suite 103
　　Mt. Pleasant, SC 29464
　　(843) 388-7202 | Phone
　　(843) 388-3194 | Fax
　　Email: jward@mcgowanhood.com
　　　　　rsaunders@mcgowanhood.com

STIPULATION AND [PROPOSED] ORDER EXTENDING
INITIAL DISCLOSURE DEADLINE
(Case No. 19-CV-00051-JLR) - 2

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200　FAX (206) 407-2224

1    **WALKER GRESSETTE FREEMAN & LINTON, LLC**

2    Ian W. Freeman
3    John P. Linton, Jr.
     66 Hasell Street
4    Charleston, SC 29401
     (843) 727-2200 | Phone
5    (843) 727-2238 | Fax
     Email: freeman@wgfllaw.com
6            linton@wgfllaw.com

7    *Attorneys for Plaintiff Joseph Church*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION AND [PROPOSED] ORDER EXTENDING
INITIAL DISCLOSURE DEADLINE
(Case No. 19-CV-00051-JLR) - 3

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 26th day of March, 2019

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING
INITIAL DISCLOSURE DEADLINE
(Case No. 19-CV-00051-JLR) - 4

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224