THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PATRICIA WOODELL, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>EXPEDIA, INC., *et al.*,<br><br>                             Defendants. | No. 19-cv-00051-JLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |



HAGENS BERMAN
1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

1     Plaintiff Patricia Woodell, through counsel, hereby gives notice of her voluntary dismissal
2 of this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil
3 Procedure.

4 DATED: July 26, 2019     **HAGENS BERMAN SOBOL SHAPIRO LLP**

By s/   Steve W. Berman
Steve W. Berman, WSBA# 12536
Andrew Volk, WSBA# 27639
Shayne Stevenson, WSBA# 30843
Ted Wojcik (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Phone: (206) 623-7292
Fax: (206) 623-0594
Email: steve@hbsslaw.com
      andrew@hbsslaw.com
      shaynes@hbsslaw.com
      tedw@hbsslaw.com

**MCGOWAN, HOOD & FELDER, LLC**

James L. Ward, Jr. (*pro hac vice*)
Ranee Saunders (*pro hac vice*)
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
Telephone: (843) 388-7202
Facsimile: (843) 388-3194
Email: jward@mcgowanhood.com
      rsaunders@mcgowanhood.com

**WALKER GRESSETTE FREEMAN & LINTON, LLC**

Ian W. Freeman (*pro hac vice*)
John P. Linton, Jr. (*pro hac vice*)
66 Hasell Street
Charleston, SC 29401
Telephone: (843) 727-2200
Facsimile: (843) 727-2238
Email: freeman@wgfllaw.com
      linton@wgfllaw.com

*Attorneys for Plaintiff Patricia Woodell*



**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

DATED this 26th day of July, 2019.

                                           s/ Steve W. Berman
                                           Steve W. Berman

PL.'S NOTICE OF VOLUNTARY DISMISSAL - 2
Case No. 12:19-cv-00051-JLR



1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594